COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS (168593)
DAVID C. WALTON (167268)
CATHERINE J. KOWALEWSKI (216665)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@csgrr.com
davew@csgrr.com
katek@csgrr.com

HOLZER, HOLZER & FISTEL, LLC
COREY D. HOLZER
MICHAEL I. FISTEL, JR.
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com
mfistel@holzerlaw.com

DYER & BERENS LLP
JEFFREY A. BERENS
682 Grant Street
Denver, CO 80203-3507
Telephone: 303/861-1764
303/395-0393 (fax)
jeff@dyerberens.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RENE PAROLA, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, et al.,<br><br>　　　　　　　Defendants. | No. 09-cv-00386-SVW-JTL<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1) |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, class member Rene Parola filed a class action complaint on behalf of herself and all others similarly situated against Pacific Investment Management Company LLC, *et al.* on March 31, 2009, captioned *Parola v. Pacific Investment Management Company LLC.*, Case No. 09-cv-00386-SVW-JTL ("Complaint");

WHEREAS, no defendant in this action has answered or filed for summary judgment;

WHEREAS, a class has not been certified in this action; and

WHEREAS, no claims have been settled or compromised in this action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN THAT, pursuant to Fed. R. Civ. P. 41(a)(1), Rene Parola voluntarily dismisses the Complaint without prejudice.

DATED: April 3, 2009

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
DAVID C. WALTON
CATHERINE J. KOWALEWSKI

s/ David C. Walton
DAVID C. WALTON

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

HOLZER, HOLZER & FISTEL, LLC
COREY D. HOLZER
MICHAEL I. FISTEL, JR.
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)

1
2
3
4
5
6  I:\DaveW\NOT00058631_PIMCO.doc
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DYER & BERENS LLP
JEFFREY A. BERENS
682 Grant Street
Denver, CO  80203-3507
Telephone:  303/861-1764
303/395-0393 (fax)

Attorneys for Plaintiff

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April. 3, 2009.

s/ David C. Walton
DAVID C. WALTON

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    davew@csgrr.com

# Mailing Information for a Case 8:09-cv-00386-SVW-JTL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Catherine J Kowalewski**
  katek@csgrr.com

- **Darren J Robbins**
  e_file_sd@csgrr.com

- **David C Walton**
  davew@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael Ira Fistel, Jr
Holzer Holzer & Fistel LLC
200 Ashford Center North Suite 300
Atlanta, GA 30338

Corey D Holzer
Holzer Holzer & Fistel LLC
200 Ashford Center North Suite 300
Atlanta, GA 30338
```